# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN RE: JONATHAN CALLISTER  )
ATTORNEY AT LAW, BAR NO. 8011  )
)  Case No.: 2:17-ms-00062
)
)  **ORDER OF SUSPENSION**
)
)
)
)

On August 14, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of September 21, 2017. The Order to Show Cause provided Mr. Callister with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. Mr. Callister filed a Motion to Extend Time, which was granted until March 1, 2019, to respond to the Court's Order to Show Cause. No response has been received from Mr. Callister. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Jonathan Callister, Bar No. 8011, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  29  day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  30  day of April, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> **Jonathan Callister**
> c/o William H. Brown
> Law Offices of William H. Brown, Ltd.
> 330 E. Charleston Blvd., Ste. 100
> Las Vegas, NV 89104

Certified Mail No.:   7012 2920 0000 1532 0554

> /s/ L.Quintero
> Deputy Clerk
> United States District Court,
> District of Nevada